William E. Iselin and others, Respondents, v. Moses Henlein and others, Appellants.

* Decisions handed down March 5, 1886.

George F. Vietor and others, Respondents, v. Same, Appellants.

Emil Oelberman and others, Respondents, v. Same, Appellants. — Judgments reversed, new trial ordered in each case, costs to abide event. Opinion by Davis, P. J.